IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CANDACE MULL, INDIVIDUALLY and AS NEXT OF KIN FOR JIZAYA MULL** | **PLAINTIFF** |
| V.       NO. 2:06-cv-2157 | |
| **GRACO CHILDREN'S PRODUCTS, INC., JOHN DOE NUMBER ONE, and JOHN DOE NUMBER TWO** | **DEFENDANTS** |

### NOTICE OF THE VIDEO DEPOSITION DUCES TECUM OF KRIS SPERRY

PLEASE TAKE NOTICE that on August 9, 2007, beginning at 2:00 p.m., Plaintiffs in the above-styled cause will take the deposition of Kris Sperry. The deposition will be held at the offices of Schiff Hardin, 6600 Sears Tower, Chicago, IL 60606. The deposition will be taken by sound, visual, and stenographic means before an official court reporter or some other officer duly authorized by law to take depositions and will continue from day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial, and for all other uses permitted under the Federal Rules of Civil Procedure.

### DUCES TECUM

The deponent is to bring the following documents and or tangible items identified on the attached Exhibit A to the deposition.

Respectfully Submitted,

BY:___s/Phillip Duncan_____
Phillip J. Duncan, AR Bar #74039
Duncan Firm, P. A.
Three Financial Centre,
900 S. Shackleford, Suite 725

        Little Rock, Arkansas 72211
        501-228-7600
        501-228-0415 (facsimile)
        phillip@duncanfirm.com

        Glenn Wright, TN Bar #010164
        Wright & Wilson
        100 N. Main Street, Suite 2601
        Memphis, TN 38103
        901-575-8712
        901-575-8717
        glennwrightlaw@bellsouth.net

## CERTIFICATE OF SERVICE

I have served the above and foregoing Notice of Deposition upon Graco Children's Products, Inc. by e-mail and U. S. Mail, with proper postage affixed this 26th day of July, 2007, to its attorneys of record:

B. J. Wade, Esq.
Tom Clary, Esq.
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 North Second Street
Memphis, TN 38103
bwade@gewwlaw.com
tclary@gewwlaw.com

and

Joseph J. Krasovec, III, Esq.
Holly A. Podulka, Esq.
SHIFF HARDIN, LLP
6600 Sears Tower
Chicago, IL 60606
jkrasovec@schiffhardin.com
hpodulka@schiffhardin.com

ATTORNEYS FOR GRACO CHILDREN'S PRODUCTS, INC.

                                              s/Phillip Duncan
                                              Phillip J. Duncan

## **EXHIBIT A**

The witness shall bring to this scheduled deposition the following document and tangible things:

1. Any and all reports, inspection reports or logs, analyses, notes, memoranda, photographs, drawings, videotapes, recordings, literature, catalogs, manuals, records, brochures, standards, regulations, reference works of any kind, and all other such materials used or in any way referred to or prepared by you in connection with your work on this case.

2. Produce copies of all correspondence, reports, notes and other documents between your office and any attorney or other person claiming to represent Defendants.

3. Any and all materials, tangible items, and documents of any kind which you have received or gathered from Defendants, Defendants' attorneys, or any other person claiming to represent Defendants or their attorneys.

4. Any and all reports, memoranda, photographs, literature, videotapes, recordings, drawings and documents, foreign or domestic, of any kind, prepared by you or used by you in connection with your work in this case.

5. A list of all cases in which you have been retained to offer an expert opinion or evaluation within the last five (5) years.

6. A list of all cases in which you have given either a deposition or testified live or by videotape at trial within the last five (5) years.

7. Copies of all bills, invoices, or similar documents reflecting the money which has been charged by you or paid to you in connection with any work that you have done or intend to do with this case.

8. A complete and accurate copy of your resume or curriculum vitae, including a list of publications authored by you within the last five (5) and a copy of same.